IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PERCY CLARK, JR.                                                                                    PLAINTIFF

vs.                                                                  Civil Action No. 3:07-cv-448 HTW-LRA

MALCOLM E. McMILLIN, ET AL.                                                              DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that defendants' second motion to dismiss is granted. The above-styled and numbered cause is dismissed with prejudice.

SO ORDERED, THIS THE 23rd day of April, 2010.

                              s/ HENRY T. WINGATE
                              CHIEF JUDGE
                              UNITED STATES DISTRICT COURT